UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:99-CR-346-T-27TBM

DEYELL HAKIM DRAYTON
_____/

## ORDER REVOKING SUPERVISED RELEASE

**THIS CAUSE** came before the Court on the 24th day of January, 2007, on a Petition to Revoke Supervised Release. The Defendant, **DEYELL HAKIM DRAYTON**, appeared with counsel, Alec Hall, AFPD; and Colleen Murphy-Davis, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations set forth in the Petition for Revocation of Supervised Release in Counts 2, 3, 4 and 5, and denied the allegation in Count 1. After hearing testimony from Probation Officer Timothy Bailey, and upon consideration of same, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **DEYELL HAKIM DRAYTON**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **six (6) months** with credit for time served for the time periods of **11/15/06 to 11/22/06**, and from **12/6/06 to present**.

3. The defendant shall then be on Supervised Release for a period of **THREE (3) YEARS**. The defendant shall comply with all conditions previously imposed, and the following special conditions:

\* The defendant shall participate in mental health and drug treatment as directed by his probation officer.

\* Restitution requirement of $3,225.00.

4. The Court recommends that the defendant be confined at Coleman FCI.

**DONE AND ORDERED** at Tampa, Florida this 25th day of January, 2007.

```
                                    _____
                                    JAMES D. WHITTEMORE
                                    UNITED STATES DISTRICT JUDGE
```

Copies:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation